UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| INTERCONNECT MEDIA NETWORK SYSTEMS, LLC | CIVIL ACTION NO. 21-cv-4212 |
| VERSUS | CHIEF JUDGE HICKS |
| DEVELOPERS & MANAGERS GROUP, LLC, ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Interconnect Media Network Systems, LLC ("Plaintiff") filed this civil action based on an assertion of diversity jurisdiction, which puts the burden on it to set forth specific facts that show diversity of citizenship of the parties and an amount in controversy over $75,000. The allegations in the complaint are sufficient with regard to the amount in controversy, but more information is needed regarding the citizenship of the parties.

The complaint alleges that all of the parties to this suit are limited liability companies, and it identifies the members of each LLC in accordance with the applicable rules for alleging the citizenship of an LLC. The members of the LLCs are all individuals, and the complaint identifies the state in which each member "resides." It is domicile rather than mere residency that decides citizenship for diversity purposes, and "an allegation of residency alone 'does not satisfy the requirement of an allegation of citizenship.'" Midcap Media Finance, LLC v. Pathway Data, Inc., 929 F.3d 310, 313 (5th Cir. 2019), quoting Strain v. Harrelson Rubber Co., 742 F.2d 888, 889 (5th Cir. 1984). A person may reside in multiple states simultaneously, but "[a]n individual who resides in more than one State

is regarded, for purposes of federal subject-matter (diversity) jurisdiction, as a citizen of but one State." Wachovia Bank v. Schmidt, 126 S. Ct. 941, 951 (2006). That is the state in which the person is domiciled. Id.; Acridge v. Evangelical Lutheran Good Samaritan Soc., 334 F.3d 444, 451 (5th Cir. 2003).

In order to ensure that it has met its burden of establishing subject matter jurisdiction, Plaintiff must file an amended complaint that specifically alleges the state in which each member of the party LLCs is domiciled. The amended complaint must be filed no later than **January 14, 2022.**

THUS DONE AND SIGNED in Shreveport, Louisiana, this 3rd day of January, 2022.

Mark L. Hornsby
U.S. Magistrate Judge