UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| INTERCONNECT MEDIA NETWORK SYSTEMS, LLC | CIVIL ACTION NO. 21-cv-4212 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DEVELOPERS & MANAGERS GROUP, LLC, ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the court is a **Motion to Withdraw** filed by T. Braden Riley, Chad E. Kurtz, and the law firm of Cozen O'Connor, P.C., counsel for Plaintiff **(Doc. 66)**. Counsel represents in the motion that Plaintiff has been made aware of all deadlines and pending court appearances. The motion is **granted**.

Under Louisiana law, an individual may represent himself, but organizations such as limited liability companies **cannot appear pro se**. Furthermore, an officer, director, manager or employee of an organization generally cannot appear in a representative capacity in legal proceedings for that organization because Louisiana prohibits practicing law without a law license. Thus, it is essential that an organization such as a limited liability company have counsel.

As stated above, Plaintiff Interconnect Media Systems, LLC may *only* appear through counsel. Accordingly, Plaintiff must enroll new counsel by **November 13, 2023**. If it fails to enroll new counsel by the November 13, 2023 deadline, all of its claims will

be dismissed and a default will be entered against it with regard to the counterclaim filed by defendant Developers & Managers Group, LLC.

The clerk is directed to (1) mail a copy of this Order to Plaintiff at the address shown in the Motion to Withdraw (P.O. Box 95, Selma, VA 24474); (2) make an entry on the docket sheet regarding the mailing to Plaintiff, and (3) add Plaintiff's address and telephone number (540-461-1376) to the docket sheet.

Plaintiff is granted an extension until **November 27, 2023** to file an answer to Defendant's amended counterclaim.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 12th day of October, 2023.

Mark L. Hornsby
U.S. Magistrate Judge