IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
Shreveport Division

| | | |
|---|---|---|
| INTERCONNECT MEDIA NETWORK SYSTEMS, LLC dba SIMULTV | * * | CIVIL ACTION NO. 5:21-04212 |
| *Plaintiff*, | * * | |
| v. | * | JUDGE S. MAURICE HICKS |
| MAYBACKS GLOBAL ENTERTAINMENT LLC dba HOLYFIELD TV NETWORKS | * * | |
| *Defendant* | * * | MAG. JUDGE MARK L. HORNSBY |
| -and- | * * | |
| DEVELOPERS & MANAGERS GROUP, LLC | * * | |
| *Defendant/Counter-Plaintiff* | * * | |
| -and- | * * | |
| HISCOX, INC., | *` | |
| *Counter-Defendant* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT/COUNTER-PLAINTIFF'S MOTION FOR DISMISSAL WITH PREJUDICE AND ENTRY OF DEFAULT JUDGMENT AGAINST INTERCONNECT MEDIA NETWORK SYSTEMS, LLC AND INCORPORATED MEMORANDUM OF LAW**

**NOW INTO COURT**, through undersigned counsel, comes Defendant/Counter-Plaintiff Developers & Managers Group, LLC (hereinafter, "DMG") who moves this honorable Court, pursuant to FRCP 55 and the previous Order of the Court, to direct the Clerk of the United States Court for the Western District of Louisiana to enter a default judgment against Plaintiff, Interconnect Media network Systems, LLC (hereinafter, "SimulTV").

On October 12, 2023, this Court signed a Memorandum Order stating that "Plaintiff, Interconnect Media Systems, LLC must enroll new counsel by November 13, 2023. If it fails to enroll new counsel by the November 13, 2023 deadline, all of its claims will be dismissed and a

1

default will be entered against with regard to the counterclaim filed by defendant Developers & Managers Group, LLC." Pursuant to FRCP 55, "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default. If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person." FRCP 55(b)(1).

As the Court correctly noted in its October 12, 2023 Order, "Under Louisiana law, an individual may represent himself, but organizations such as limited liability companies cannot appear pro se. Furthermore, an officer, director, manager or employee of an organization generally cannot appear in a representative capacity in legal proceedings for that organization because Louisiana prohibits practicing law without a law license. Thus, it is essential that an organization such as a limited liability company have counsel. As stated above, Plaintiff Interconnect Media Systems, LLC may only appear through counsel." See *Wholesale Auto Group, Inc. v. Louisiana Motor Vehicle Comm'n*, 2017-613, p. 4 (La.App. 5 Cir. 5/23/18), 247 So.3d 215, 218. "As a general rule, corporate entities must be represented by counsel." *D.W. Thomas & Son, Inc. v. Gregory*, 50,878 (La. App. 2 Cir. 11/23/16), 210 So.3d 825, 828–29.

It being an LLC, SimulTV cannot proceed in this litigation without being represented by a licensed Louisiana Attorney. SimulTV has failed to enroll counsel by the deadline ordered by the Court. Based on the Damage Statement Affidavit signed by DMG's managing partner, Ernest Johnson,[1] supported by a Two Year Pro Forma Statement[2] and Letter of Intent Regarding Option

---

[1] Exhibit A.
[2] Exhibit B.

to Purchase a Forty Percent (40%) Ownership interest and LMA Agreement (LOI)[3], DMG hereby requests that this Honorable Court grant a default judgment in the amount of SIX MILLION, SIX HUNDRED THIRTEEN THOUSAND, SIX HUNDRED TWENTY-FIVE AND 20/100 ($6,613,625.20) DOLLARS, with legal interest and all costs of these proceedings. The Court should consider that in its prayer for relief, DMG has prayed for attorney's fees, special damages, punitive damages, any and all other general and equitable relief to which it is entitled to recover.[4]

DMG further requests that a reasonable amount of time to work with creditors, vendors and regulatory agencies to restore the business operation of K31HO-D Shreveport, K29NC-D Monroe and K04SA-D Alexandria, Louisiana which have almost come to a complete stop because of the inference and cloud caused by the action of plaintiff filing this litigation and obtaining a preliminary injunction.

Respectfully submitted,

/s/ Desherick J. W. Boone
Desherick J. W. Boone, T. A.
LA BAR ROLL # 34207
**THE BOONE LAW FIRM, LLC**
2213 Gentilly Blvd.
New Orleans, LA 70122
Tel: (504) 458-5759
Fax: (504) 284-9436
Email: Dboonelaw@gmail.com

*Counsel for Developers & Managers Group, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been filed electronically with the Clerk of Court using the CM/ECF System and, as such, was served electronically upon all counsel of record on this, the 14th day of November, 2023.

/s/ Desherick J. W. Boone
Desherick J. W. Boone

---

[3] Exhibit C.
[4] ECF No. 62, p. 66.