UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| INTERCONNECT MEDIA NETWORK SYSTEMS, LLC | CIVIL ACTION NO. 21-4212 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DEVELOPERS & MANAGERS GROUP, LLC, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

Based on the foregoing Memorandum Ruling,

**IT IS ORDERED** that the Motion to Dismiss (Record Document 68) filed by Hiscox Insurance Co. Inc. ("Hiscox"), is **GRANTED**. All claims filed by Developers & Managers Group, LLC against Hiscox are **DISMISSED WITH PREJUDICE.**

The clerk of court is directed to close this case.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 16th day of May, 2024.

S.MAURICE HICKS, JR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT